STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar 9635
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar 13733
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
P: (702) 388-6336/F: (702) 388-6814
kathryn.newman@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  2:15-cr-82-JCM-VCF |
| | ) | |
| Plaintiff, | ) | MOTION FOR ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| HUGO ASTORGA-NUNEZ, a/k/a Hugo Caser Astorga, | ) | |
| | ) | |
| Defendant. | ) | |

The Government hereby moves to dismiss the Indictment against Hugo Astorga-Nunez, a/k/a Hugo Caser Astorga without prejudice, and, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeks leave of the Court for such dismissal.

**BACKGROUND**

In support of its motion, the Government states:

1. The defendant was indicted on March 18, 2015. ECF # 1.

1 |     2.    The defendant never made his initial appearance on these charges.

2 |     3.    On December 1, 2017, the defendant was deported from the United States by the U.S. Department of Homeland Security, Immigration and Customs Enforcement. There is no indication that the defendant has since returned to the United States or has notice of the pending action against him.

## **CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the Court grant it leave to dismiss without prejudice the above captioned case.

DATED this <u>12th</u> day of December 2017.

Respectfully submitted,

STEVEN W. MYHRE  
Acting United States Attorney

/s/ *Kathryn C. Newman*  
KATHRYN C. NEWMAN  
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,           )   Case No.: 2:15-cr-82-JCM-VCF
                                    )
           Plaintiff,               )   ORDER OF DISMISSAL
vs.                                 )
                                    )
HUGO ASTORGA-NUNEZ, a/k/a Hugo      )
Caser Astorga,                      )
                                    )
                                    )
           Defendant.               )

IT IS HEREBY ORDERED THAT:

(1) Upon Motion of the Government and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Leave of Court is granted for the filing of the Government's Motion for Order of Dismissal.

(2) The Indictment in the above captioned case that was filed on March 18, 2015, is hereby ordered dismissed without prejudice.

DATED this 13th day of December 2017.

_____
UNITED STATES MAGISTRATE JUDGE